

Albritton, Arlita Laverne DOB 04/11/57

## ALIASES

| | | |
|---|---|---|
| Alberitton, Arlita Laverne | Albritton-Boston, A Lavern | Albritton-Boston, Arlita |
| Albritton, Albritton, Arlita | Albritton, Arlita L | Albritton, Arlita Lauern |
| Albritton, Arlita Laverne | Albritton, Arlita L | Albritton, Arlita L Boston |
| Albritton, Bonita | Albritton, Bonita Ellen | Albritton, Lavern |
| Anbritton, Lavern | Arbritton, Arletia | Albrittonboston, Arlita |
| Baston, Arlita Laberne | Boston, | Boston, Aplita Leverne |
| Boston, Arlita | Boston, Arlita A | Boston, Arlita Albittron |
| Boston, Arlita L | Boston, Arlita Laberne | Boston, Arlita Lavern |
| Boston, Arlita Laverne | Boston, Arlitta Laverne | Boston, Herchelle |
| Boston, Herchelle E | Boston, Lavern | Boston, Laverne |
| Boston, Michelle | Boston, Shaunda | Boston, Shaunda Lakeysha |
| Boston, Shqunda Lakeysha | Britton, Laverne | Burton, Laverne |
| Cooper, Jacqueline | Harris, Herchelle | Henderson, |
| Henderson, Albritton L | Henderson, Arlita | Henderson, Arlita Albritton |
| Henderson, Arlita L | Henderson, Arlita L A | Henderson, Arlita Laverne |
| Henderson, Laverne | Jenkins, | Jenkins, Arlita |
| Jones, Laverne Ann | Laverne, | Lee, Laron Star |