Ms. Arlita Lesesne
December 1, 2011
Page 2

---

**I HEREBY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY** that I will not draft or prepare and/or file any motions in connection with bankruptcy cases on behalf of any third party unless and until I become an attorney licensed to file such motions in the United States Bankruptcy Court. I understand the drafting, preparing and/or filing motions in connection with a bankruptcy case on behalf of third parties is the unauthorized practice of law and, as such, violates both Section 110 of the Bankruptcy Code and Maryland criminal law prohibiting the unauthorized practice of law.

_____          Date: _Dec. 2, 2011_____
Arlita Lesesne                                          Date signed


/MN

cc:    Maryland Attorney Grievance Commission
       Brenda Wilmore, Paralegal Specialist