1

Pre-Bankruptcy Filing Credit Counseling - Debtorcc.com - $9.95
Post - Financial Management Counseling - Debtorcc.org – $9.95

## Nas'cence
## Paralegal Service
## Po Box 334
## Edgewood, MD 21040

Office: 443-528-1101   Fax: 443-588-2010
website: nascence-paralegal.net
email: nascenceparalegal@ymail.com

### Bankruptcy Purchase Order

#### Please initial the following statements

| | | |
|---|---|---|
| 1. | Name: | **Demetria T. McFadden** |
| 2. | Spouse: | **N/A** |
| 3. | Address: | **2907 Clifton Avenue** |
| 4. | City: | **Baltimore**   State: **MD**   Zip Code: **21216** |
| 5. | Telephone: | **443-932-4689** |

_____ I hereby hire the services of "**Nas'cence Paralegal Service**" in order to complete a bankruptcy petition, with information supplied by me for the purpose of filing Pro Se (For Self) in the appropriate court. It is understood and agreed by "**Nas'cence Paralegal Service**" and myself that "**Nas'cence Paralegal Service**" technicians ARE NOT ATTORNEYS, DO NOT OFFER AND WILL NOT PROVIDE LEGAL ADVICE.

**I further understand that should I have any legal questions or need specific legal advice on my matter, THE UNITED STATED BANKRUPTCY COURT OFFERS THE DEBTORS ASSISTANCE PROGRAM WHERE YOU COME IN AND SPEAK WITH AN ATTORNEY REGARDING YOUR BANKRUPTCY PREPARATION OR INTENT TO FILE BANKRUPTCY. YOU CAN CONTACT THAT OFFICE BY CALLING 410-962-3813.**

_____ I am solely responsible for the information provided to prepare my bankruptcy petition or documents and any fees pursuant to this purchase order are for the forms, computer time, typing and do not include filing fees, required by the court. If any dispute arises between the parties hereto, venue shall lie in **Baltimore City, MD.**

1

_____ I understand that should the amount of creditors I am filing in my bankruptcy petition exceeds a total of twenty **(20)** creditors, I will be charged an additional **$25.00 per ten (10) creditors** in access.

_____ I understand that it is important that **I review my petition thoroughly** to ensure that all of the creditors I intended on filing have been included in the creditors matrix at the **time of signing** because after signing any creditor I failed to include or intend on including will be filed as an amendment and an amendment fee will be charged.

_____ I also understand that **Nas'cence Paralegal Service** is not responsible for the outcome of your case; however, if the improper preparation of your documentation by **Nas'cence Paralegal Service** caused your case to become dismissed, we will fully refund your preparation fees within 30 days of confirmed notification.

_____ I understand that if I should decide not to have **Nas'cence Paralegal Service** prepare my bankruptcy petition, I am entitled to a full refund within **five (5) calendar days** of the receipt of this contract **(unless we are instructed by you to expedite your bankruptcy petition immediately). After five (5) calendar days there will be no refunds granted unless we are ordered to refund you by the Bankruptcy Court.**

_____ I understand that the turnover time to complete my bankruptcy petition is **ten (10) days** from the date of this contract **excluding weekends and holidays**.

_____ I also understand that if I should request Nas'cence Paralegal Service to prepare my bankruptcy petition within **24 to 48 hours** I will be charged an additional **$25.00** for expedited services.

In consideration of the foregoing I; _____ make his/her authorization:

**Signature:** _____ **Date:** _____

**Signature:** _____ **Date:** _____

Total Due: **$350.00** Amt. Rec'd: **350.00** Amt. Due: **$ 0.00**

Payment: Cash: ___ Check ___ M.O. ___

(Checks returned by your bank uncollectible will be subject to a $50.00 return check fee)

Nas'cence Paralegal's Representative _____ Date: 7/25/12

How did you hear about us? Newspaper   Flyer   Referral   Sign   Internet

### NAS'CENCE PARALEGAL SERVICE'S TECHNICIANS ARE NOT ATTORNEYS, DO NOT OFFER AND WILL NOT PROVIDE LEGAL ADVICE.

**Customer Copy**